# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division
701 East Broad Street
Richmond, VA 23219

**Case Number** 10−32808−DOT
**Chapter** 7
**Judge** Douglas O. Tice Jr.

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Michael Antonio Venable
 1010 W. Wythe Street
Petersburg, VA 23803

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
   Debtor: xxx−xx−5773

Employer Tax−Identification (EIN) No(s).(if any):
   Debtor:  NA

## NOTICE OF HEARING

A

*14* − Reaffirmation Cover Sheet and Reaffirmation Agreement with Wells Fargo Bank, N.A., Wells Fargo Auto Finance and Motion for Approval of Reaffirmation Agreement filed by Wells Fargo Bank, N.A., Wells Fargo Auto Finance.(Vang, Xhu)

   has been filed with the court.

Notice is hereby given that a hearing to consider and act upon said matter will be held at:

**Date:**   June 16, 2010          **Time:**   11:30 AM

**Location:**

Chief Judge Tice − Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5100, Richmond, VA 23219


Dated:   May 19, 2010                                         For the Court,

                                                              William C. Redden, Clerk
[VAN022BKAPvDec2009.jsp]                                      United States Bankruptcy Court

# CERTIFICATE OF NOTICE

```
District/off: 0422-7          User: luedecket          Page 1 of 1              Date Rcvd: May 19, 2010
Case: 10-32808                Form ID: VAN022          Total Noticed: 3

The following entities were noticed by first class mail on May 21, 2010.
db          +Michael Antonio Venable,    1010 W. Wythe Street,    Petersburg, VA 23803-4012
cr           Wells Fargo Bank, N.A., Wells Fargo Auto Finance,    2ND FLOOR,    13675 TECHNOLOGY DR., BLDG C,
             EDEN PRAIRIE, MN  55344-2252
9637894     +Wells Fargo,    P.O. Box 29704,    Phoenix, AZ 85038-9704

The following entities were noticed by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 21, 2010**                        **Signature:** _Joseph Speetjens_