# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# (RICHMOND)



| | | |
|---|---|---|
| IN RE: | X | |
| **Michael Antonio Venable** | X | Case No. **10-32808-DOT** |
| DEBTOR | X | Chapter 7 |
| xxx-xx-5773 | | |

## NOTICE OF RESET SEC. 341 CREDITORS MEETING

TO ALL PARTIES AND CREDITORS IN INTEREST:

PLEASE TAKE NOTICE that the Sec. 341 Creditors Meeting for the above named debtor has been reset to June 4, 2010 at 11:00 a.m. at the Office of the U.S. Trustee, 701 East Broad St., Suite 4300, Richmond, Virginia

Date: 05/24/2010

MICHAEL ANTONIO VENABLE, PRO SE DEBTOR

## Certificate of Service

On this the 24 day of May, 2010 a copy of this notice was served on each of the persons listed on the attached service list either by U.S. Mail, postage prepaid at the addresses indicated below.

_____
MICHAEL ANTONIO VENABLE, PRO SE DEBTOR

Label Matrix for local noticing
0422-3
Case 10-32808-DOT
Eastern District of Virginia
Richmond
Mon May 24 10:01:52 EDT 2010

(p)5 STAR BANK
PO BOX 35460
COLORADO SPRINGS CO 80935-3546

Wells Fargo Bank, N.A., Wells Fargo Auto Fin
2ND FLOOR
13675 TECHNOLOGY DR., BLDG C
EDEN PRAIRIE, MN 55344-2252

(p)AMERICAN HONDA FINANCE
P O BOX 168088
IRVING TX 75016-8088

United States Bankruptcy Court
701 East Broad Street
Richmond, VA 23219-1888

Capital One
P.O. Box 30281
Salt Lake City, UT 84130-0281

Chase Bank USA
800 Brooksedge Blvd.
Westerville, OH 43081-2822

CitiFinancial
300 Saint Paul Place
Baltimore, MD 21202-2120

GE Capital/Walmart
P.O. Box 981400
El Paso, TX 79998-1400

Goodyear Tire/Citibank
P.O. Box 6497
Sioux Falls, SD 57117-6497

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197-5253

HSBC Bank
P.O. Box 81622
Salinas, CA 93912-1622

Wells Fargo
P.O. Box 29704
Phoenix, AZ 85038-9704

Bruce H. Matson
LeClair Ryan, A Professional Corporation
Riverfront Plaza, East Tower
951 East Byrd Street
P.O. Box 2499
Richmond, VA 23218-2499

Michael Antonio Venable
1010 W. Wythe Street
Petersburg, VA 23803-4012

W. Clarkson McDow, Jr. 11
Office of the U. S. Trustee
701 E. Broad St., Suite 4304
Richmond, VA 23219-1849

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

5 Star Bank
P.O. Box 35430
Colorado Springs, CO 80935

American Honda Finance
8601 McAlpine Park Dr., Ste 330
Charlotte, NC 28211

End of Label Matrix
Mailable recipients    15
Bypassed recipients     0
Total                  15